# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| FRANCES YANCEY, <br><br> Plaintiff, <br><br> v. <br><br> R1 RCM, INC. d/b/a MEDICAL FINANCIAL SOLUTIONS, <br><br> Defendant. | Case No. 2:18-cv-10210-VAR-RSW <br><br> Honorable Judge Victoria A. Roberts <br><br> Magistrate Judge R. Steven Whalen |

## DISMISSAL ORDER

Plaintiff FRANCES YANCEY, through her Counsel, SULAIMAN LAW GROUP, LTD., filed a Notice of Settlement which the Court reviewed. Accordingly,

1. Plaintiff's Complaint is dismissed without prejudice with leave to reinstate through and including June 19, 2018.

2. After June 19, 2018, the dismissal will become with prejudice, with each party to bear its own costs and attorney fees.

S/Victoria A. Roberts
United States District Judge

Dated: April 16, 2018